Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VII

| | | |
|---|---|---|
| TOMÁS F. DAVIÚ LEDESMA<br><br>*Recurrido*<br><br><br>v.<br><br><br>MAPFRE PRAICO INSURANCE COMPANY Y OTROS<br><br>*Peticionario* | TA2026CE00072 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Fajardo<br><br>Caso Núm.: FA2020CV00580 (302)<br><br>Sobre: Seguros-Incumplimiento Aseguradoras Huracanes Irma/María |

Panel integrado por su presidente, el Juez Rodríguez Casillas, la Juez Barresi Ramos y la Jueza Santiago Calderón

Santiago Calderón, Jueza Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de abril de 2026.

Examinado el *Aviso de Desistimiento* presentado por la parte peticionaria, Asociación Condomines Dos Marinas I, el 16 de abril de 2026, este Tribunal dispone lo siguiente:

Se acoge la solicitud de desistimiento voluntario con perjuicio, a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones[1]. En consecuencia, se ordena el cierre y archivo definitivo del presente caso.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Regla 83(A) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 141, pág. 116, 216 DPR __ (2025).